VICTORIA A. JONES et al., Appellants, *v.* WILLIAM SLOCUM, Respondent.

(Argued October 20, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 7, 1889, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term.

*John C. Hulbert* for appellants.

*Matthew Hale* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.